County. Action by Mamie Shea, an infant, etc., against Nicholas Pappas. From the judgment, and from an order denying a motion for a new trial, defendant appeals. Reversed, and new trial ordered, unless plaintiff stipulate to reduce the verdict, in which event the judgment, as so modified, and the order, to be affirmed. Sidney J. Loeb, for appellant. George F. Hickey, for respondent.

PER CURIAM. It was error to admit upon the question of damages evidence as to the expenditures by the plaintiff's mother to the amount of $50. The judgment and order should therefore be reversed, and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce the verdict by deducting therefrom the sum of $50, in which event, the judgment, as so modified, and the order appealed from, should be affirmed, with costs to the respondent.

---

SHIDLOVSKY, Respondent, v. GORMAN, Appellant (two cases). (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Morris Shidlovsky, surviving partner, etc., against Amelia Gorman, as executrix, etc. E. Blumenstiel, for appellant. J. Frankenheimer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re SHIRE. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the application of Nathaniel N. Shire for a writ of mandamus against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Order (121 N. Y. Supp. 273) affirmed, with $10 costs and disbursements. See, also, infra.

---

In re SHIRE. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of the application of Nathaniel N. Shire for a peremptory or alternative writ of mandamus against Theodore A. Bingham, as Police Commissioner, etc. No opinion. Motion granted, without costs. See, also, supra.

---

SILVERMAN, Respondent, v. SILVERMAN JONES CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Clementine M. Silverman against the Silverman Jones Construction Company. H. M. Flateau, for appellant. E. S. Cahn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, etc.; Hill View Reservoir, Section No. 1, Third Report. No opinion. Motion for reargument granted, and case set down for April 18, 1910. See, also, 121 N. Y. Supp. 113.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc.; Hill View Reservoir, Section No. 1. No opinion. Order modified on reargument, by striking out all provisions for the allowance of taxable costs, and, as so modified, affirmed, with $10 costs and disbursements. See, also, 121 N. Y. Supp. 113.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply, etc.; Kensico Reservoir, Section No. 6, First Report. No opinion. Motion for reargument granted, and case set down for April 18, 1910. See, also, 134 App. Div. 946, 118 N. Y. Supp. 1142.

---

In re SIMMONS et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, etc.; Kensico Reservoir, Section No. 6. No opinion. Order modified on reargument, by striking out all provisions for the allowance of taxable costs, and, as so modified, affirmed, with $10 costs and disbursements. See, also, 134 App. Div. 946, 118 N. Y. Supp. 1142.

---

SKLAR, Appellant, v. GREENFIELD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Max Sklar against Michael L. Greenfield and others. E. Jacobus, for appellant. J. G. Engel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SLADE et al. v. AMERICAN EXCHANGE NAT. BANK et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Appeal from Special Term, New York County. Action by Howard Slade and another against the American Exchange National Bank and another. From an order granting a motion of the defendant bank, and striking out parts of the supplementary complaint as irrelevant, plaintiffs appeal. Modified and affirmed. See, also, 134 App. Div. 967, 119 N. Y. Supp. 1112. Charles L. Craig, for appellants. Joseph M. Hartfield, for respondent.

PER CURIAM. The order should be modified, by providing that paragraphs 1 to 21, both inclusive, paragraphs 24 to 31, both inclusive, and paragraphs 34 to 51, both inclusive, of the supplemental complaint, be stricken out as irrelevant; and the order should be further modified, so as to provide that the plaintiffs may serve upon the defendant a supplemental complaint, containing paragraphs 22, 23, 32, 33, 52, and 53 of the amended complaint hereto-